## LUIS ANGEL LEBRON *v.* COMMISSIONER OF CORRECTION

The petitioner Luis Angel Lebron's petition for certification for appeal from the Appellate Court, 108 Conn. App. 245 (AC 28029), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided September 16, 2008